IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-297-BO-BM

| | |
|---|---|
| BRITTANY MONET BAINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CARRINGTON MORTGAGE SERVICES, ) | |
| LLC and AMERICAN CREDIT ) | |
| ACCEPTANCE, LLC, ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Brian S. Meyers. [DE 73]. Magistrate Judge Meyers has recommended that plaintiff's motion to proceed *in forma pauperis* be denied and that plaintiff be ordered to pay the filing fee not later than November 14, 2025. Plaintiff has filed an objection to the recommendation of the magistrate judge. [DE 74]. Plaintiff objects to the memorandum and recommendation on the grounds that it disregards her substantial hardship and active-duty military status. Plaintiff asks that the Court either reject the memorandum and recommendation or grant plaintiff an extension of time to pay the full filing fee. *Id.*

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert

the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). "[W]hen reviewing pro se objections to a magistrate's recommendation, district courts must review de novo any articulated grounds to which the litigant appears to take issue." *Elijah v. Dunbar*, 66 F.4th 454, 460–61 (4th Cir. 2023). Where no specific objections have been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

On November 14, 2025, plaintiff paid the filing fee. Accordingly, her motion to proceed *in forma pauperis* [DE 2] is DENIED AS MOOT. The memorandum and recommendation [DE 73] is ADOPTED IN PART insofar as it permits plaintiff through and including November 14, 2025, to timely pay the filing fee. The remainder of the memorandum and recommendation is REJECTED as MOOT as plaintiff has paid the filing fee.

SO ORDERED, this 20 day of November 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE